IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAWRENCE LITTLE, #314272<br>          Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. WDQ-06-1265 |
| CAROL E. SMITH - JUDGE<br>          Defendant. | * | |
| | *** | |

## **MEMORANDUM**

The above-captioned Complaint was received for filing on May 16, 2006, together with a Motion to Proceed in Forma Pauperis. For the reasons that follow the Complaint must be dismissed and the Motion will be denied.

Under the provisions of 28 U.S.C. §1915(e) "the court shall dismiss the case at any time if the court determines that....the action or appeal....is frivolous or malicious;....[or] fails to state a claim on which relief may be granted." Plaintiff seeks a civil judgment against Judge Smith for her actions (or inactions) in the context of his criminal proceeding and subsequent violation of probation hearing. Clearly, Judge Smith's actions were taken in her capacity as a judge. Therefore, Plaintiff's claims are barred by the doctrine of judicial immunity and must be dismissed. *See Forrester v. White*, 484 U.S. 219, 226– 27 (1988); *Stump v. Sparkman*, 435 U.S. 349, 355-56 (1978).

Notwithstanding the frivolity of the claim asserted, Plaintiff has on at least three prior occasions brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted.[1]

---

[1] *See Little v. Kupec*, Civil Action No. WDQ-04-3813 (D. Md. 2004); *Little v. Green*, Civil Action No. WDQ-05-956 (D. Md. 2005); and *Little v. Sacks*, Civil Action No. WDQ-05-957 (D. Md. 2005).

He is, therefore, not permitted to file an action in forma pauperis unless he can establish he is under imminent danger of serious physical injury. *See* 28 U.S.C. §1915(g). He cannot do so in this case. Accordingly the Motion to Proceed In Forma Pauperis will be denied and the Complaint will be dismissed. A separate order follows.

Date: <u>May 30, 2006</u>                            <u>         /s/         </u>
                                         William D. Quarles, Jr.
                                         United States District Judge